# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>            **Plaintiff,**<br>  **v.**<br><br>**ARCHOS, INC.,**<br><br>            **Defendant.** | Case No. 2:14-cv-352<br><br>PATENT CASE<br>JURY TRIAL DEMANDED<br><br>LEAD CASE |
| **LONG CORNER CONSUMER ELECTRONICS LLC,**<br><br>            **Plaintiff,**<br>  **v.**<br><br>**MACH SPEED TECHNOLOGIES, LLC,**<br><br>            **Defendant.** | Case No. 2:14-cv-356<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## CLERK'S ENTRY OF DEFAULT
## AGAINST DEFENDANT MACH SPEED TECHNOLOGIES, LLC

On this day   **7/24/14**  , it appearing from the declaration in support

of default of Craig Tadlock, attorney for plaintiff, that the defendant below has failed to plead or

otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of the following named defendant is hereby entered:

Mach Speed Technologies, LLC


_____
Clerk of the Court